UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
ZHI CHEN,                                              )
                                                      )
                 Plaintiff,                            )
                                                      )
        v.                                            )            Civil Action No. 08-0252 (PLF)
                                                      )
DISTRICT OF COLUMBIA, *et al.*,                        )
                                                      )
                 Defendants.                           )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Defendant Nicole Ha's Motion to Dismiss [11] is GRANTED in

part and DENIED in part; and it is

FURTHER ORDERED that Count V of plaintiff's complaint, captioned

"Negligence," is DISMISSED with respect to defendant Nicole Ha.  The Court will not dismiss

any of plaintiff's other claims against defendant Nicole Ha.

SO ORDERED.


                                          /s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: March 25, 2009